UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No: 3:13-cr-93-36GJK-1

**DAVID GONZALEZ,**
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on May 28, 2014 (Doc. 95). In the Report and Recommendation, Judge Kelly recommends that the Court deny Defendant's Motion to Dismiss because neither of the abstention doctrines cited by Defendant apply to this case. The Court agrees with the Magistrate Judge.

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 95) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant's Motion to Dismiss Violation of Supervised Release Petition; and to Restore Defendant to Supervised Release Status, based upon the Abstention Doctrine and/or the Tenth Amendment to the Constitution of the United States (Doc. 93) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida on June 23, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Gregory J. Kelly
Counsel of Record